THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Wilford Gino
 Ford, Appellant.
 
 
 
 
 

Appeal From Sumter County
Howard P. King, Circuit Court Judge

Unpublished Opinion No.  2010-UP-407
 Submitted September 1, 2010  Filed
September 16, 2010

AFFIRMED

 
 
 
 Appellate Defender M. Celia Robinson, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, and Assistant Attorney General Christina J. Catoe, all of
 Columbia; and Solicitor Cecil Kelly Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM: Wilford Gino Ford appeals his conviction
 and sentence for second-degree burglary, arguing the trial court erred in
 excluding a portion of his evidence and in denying his motion for a directed
 verdict.  After thoroughly reviewing the record and briefs and finding neither
 of the issues on appeal is preserved, we affirm[1] pursuant to Rule 220(b)(1), SCACR, and
 the following authorities:  
1. As to
 whether the trial court erred in excluding a portion of Ford's evidence:  Ligon
 v. Norris, 371 S.C. 625,
 634, 640 S.E.2d 467, 472 (Ct. App. 2006) ("An objection withdrawn at trial
 constitutes an express waiver of the issue and does not preserve the issue for
 appellate review.").  
2. As to
 whether the trial court erred in denying Ford's motion for a directed verdict:  State v. Bailey, 298 S.C. 1, 5-6, 377 S.E.2d 581, 584
 (1989) (holding a party who argues one ground for a directed verdict at trial
 and an alternative ground on appeal waives his right to argue the issue on
 appeal).  
AFFIRMED.  
WILLIAMS,
 PIEPER, and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.